

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00191-CV

**IN THE ESTATE OF RICHARD B. COLVIN**, Deceased

From the County Court at Law, Kerr County, Texas
Trial Court No. CCL23-005
Honorable Susan Harris, Judge Presiding

PER CURIAM

Sitting:      Lori Massey Brissette, Justice
                Adrian A. Spears II, Justice
                H. Todd McCray, Justice

Delivered and Filed: May 14, 2025

DISMISSED

On April 28, 2025, appellant filed a motion to voluntarily dismiss this appeal. The motion contains a certificate of service to appellee, who has not opposed the motion.

We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Because the motion does not indicate that the parties agreed otherwise, costs of appeal are taxed against appellant. *See id.* R. 42.1(d).

PER CURIAM